IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00713-BNB

RODRICK WILLIAMS,

    Plaintiff,

v.

JOYCE MEDINA,
STEAVE BROWN, SR.,
BRIGHAM SLOAN,
STEAVE BROWN, JR., and
GREG KIRKLAND,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 10 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Rodrick Williams, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado State Penitentiary at Cañon City, Colorado. Mr. Williams has filed *pro se* a Prisoner Complaint, apparently pursuant to 42 U.S.C. § 1983, alleging that his rights under the United States Constitution have been violated. The court must construe the complaint liberally because Mr. Williams is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Williams will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Williams and finds that the complaint is deficient. In order for Mr. Williams to state a claim in federal court, his

"complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Furthermore, personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Williams must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Williams alleges in his first claim that he was sexually abused by Defendant Joyce Medina and he provides specific information regarding the alleged abuse. However, Mr. Williams fails to provide the same sort of detail in his claims against the other Defendants. For example, in his second claim, which is asserted against Defendants Steave Brown, Sr., and Steave Brown, Jr., Mr. Williams fails to provide any relevant time-frame for when those Defendants allegedly acquired knowledge of the sexual abuse and failed to take action to protect Mr. Williams and he fails to allege what specific action they failed to take. Mr. Williams' third and fourth claims also lack a specific time-frame, specific details of the alleged misconduct, and specific allegations

to demonstrate how each named Defendant personally participated in the asserted constitutional violations. Therefore, Mr. Williams will be ordered to file an amended complaint. Accordingly, it is

ORDERED that Mr. Williams file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Williams, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Williams fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED June 9, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00713-BNB

Rodrick Williams
Reg. No. 64946
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215

    I hereby certify that I have a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 6-10-08

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                             Deputy Clerk