FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 8 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00713-EWN-KMT

RODRICK WILLIAMS,

    Plaintiff,

v.

JOYCE MEDINA,
STEAVE BROWN, SR., and
STEAVE BROWN, JR.,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: July 7, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00713-EWN-KMT

Rodrick Williams
Doc No. 64946
CSP
PO Box 777
Canon City, CO 81215

Sonja Blackshear - **CERTIFIED**
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE DOCUMENTS FOR: Steave Brown, Sr., and Steave Brown, Jr.**

US Marshal Service
Service Clerk
Service forms for: Joyce Medina

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Sonja Blackshear for service of process on Steave Brown, Sr., and Steave Brown, Jr., and the following forms to the U.S. Marshal Service for service of process on Joyce Medina: AMENDED COMPLAINT FILED 6/23/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/8/08.

                                                    GREGORY C. LANGHAM, CLERK

                                                   By: _____
                                                          Deputy Clerk