IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00713-EWN-KMT

RODRICK WILLIAMS,

    Plaintiff,

v.

JOYCE MEDINA,
STEAVE BROWN, SR., and
STEAVE BROWN, JR.

    Defendants.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by Chief Judge Edward W. Nottingham, pursuant to the Order of Reference dated July 8, 2008. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **October 28, 2008,** at **10:00 a.m.,** in Courtroom C-205, 2nd Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

The Clerk's Office is hereby ORDERED to send a copy of this order to Plaintiff's case manager at: Colorado State Penitentiary (CSP), P.O. Box 777, Canon City, CO 81215-0777.

DATED this 31st day of July, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
United States Magistrate Judge