IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-00713-CMA-KMT

RODRICK WILLIAMS,

    Plaintiff,

v.

JOYCE MEDINA,
STEVE BROWN, SR., and
STEVE BROWN, JR.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation for Dismissal With Prejudice (Doc. # 43) signed by Plaintiff Rodrick Williams and the attorneys for Defendants Steve Brown Sr. and Steve Brown Jr.  It is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE as to the Brown Defendants.

The Court notes that Defendant Joyce Medina is not represented by counsel for the Brown Defendants.  The Court further notes that on December 16, 2007, Magistrate Judge Kathleen M. Tafoya issued an Order to Show Cause (Doc. # 41) as to why the claim against Ms. Medina should not be dismissed for failure to prosecute.  Plaintiff had until January 5, 2009 to show cause or Magistrate Judge Tafoya would recommend that

the matter be dismissed. Plaintiff did not submit any cause and, therefore, Plaintiff's claim against Defendant Joyce Medina is also DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that this action is hereby DISMISSED in its entirety.

DATED: January __14__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge